IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. CORJASSO, III,

    Petitioner,                   No. CIV S-97-0018 GEB GGH P

    vs.

ROBERT AYERS, JR., et al.,

    Respondents.              <u>ORDER</u>

                                   /

        On July 7, 2005, respondent filed a motion to continue the hearing set for July 21, 2005, to July 28, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's July 7, 2005, motion is granted;

        2. The hearing set for July 21, 2005, as to respondent's motion to dismiss is re-set to July 28, 2005.

DATED: 7/18/05

                                                        /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

ggh:kj
cor18.grt

1