```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  801 I Street, 3d Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Petitioner
    MICHAEL M. CORJASSO, III
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL M. CORJASSO, III, | ) NO. CIV S 97-0018-GEB-GGH-P |
|---|---|
| Petitioner, | ) |
| v. | ) **STIPULATION SCHEDULING EVIDENTIARY HEARING; PROPOSED ORDER** |
| ROBERT AYERS, JR., Warden, | ) |
| Respondent, | ) Date: September 14, 2005<br>) Time: 9:00 a.m. |
| ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | ) Judge: Hon. Gregory G. Hollows |
| Additional Respondent. | ) |

Pursuant to this Court's prior order, the parties have conferred and agree that the evidentiary hearing shall be scheduled for September 14, 2005, at 9:00 a.m. The parties anticipate testimony from two witnesses: Michael Corjasso and attorney John Ward. Because Mr. Ward will be traveling from the Lake Tahoe area, the parties anticipate that Mr. Corjasso would testify first, subject to this Court's approval.

Respondent's counsel has contacted Mr. Ward and will notify him of this hearing. Mr. Corjasso's attorney will be filing with the

Court this week an Application and Order for Writ of Habeas Corpus Ad Testificandum for Mr. Corjasso. The proposed order, requiring the clerk to notify Mule Creek State Prison, should then be filed with more than sufficient notice to insure Mr. Corjasso' presence.

A proposed order for this Court's convenience has been attached.

Dated: August 2, 2005         Respectfully submitted,

BILL LOCKYER                  QUIN DENVIR
Calif. Attorney General       Federal Defender

/s/ Patrick J. Whalen         /s/ Daniel J. Broderick
_____       _____
PATRICK J. WHALEN             DANIEL J. BRODERICK
Deputy Attorney General       Chief Assistant Federal Defender

Attorneys for Respondents     Attorneys for Petitioner
                              MICHAEL A. CORJASSO III

----------

Pursuant to the Stipulation of the parties, filed on August 2, 2005, IT IS HEREBY ORDERED, that an evidentiary hearing shall be conducted in this case on September 14, 2005, beginning at 9:00 a.m.

Dated: 8/10/05

                              /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              United States Magistrate Judge

2

corj18.stip

corj18.stip