1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DANIEL J. BRODERICK, Bar #89424
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL M. CORJASSO, III

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL M. CORJASSO, III,    ) NO. CIV S 97-0018 GEB GGH-P
                                 )
12              Petitioner,      )
                                 ) **APPLICATION AND ORDER FOR WRIT**
13       v.                      ) **OF HABEAS CORPUS AD TESTIFICANDUM**
                                 )
14  ROBERT AYERS, JR., Warden,   )
                                 ) Date:  September 14, 2005
15              Respondent,      ) Time:  9:00 a.m.
                                 ) Judge: Gregory G. Hollows
16  ATTORNEY GENERAL OF THE STATE)
    OF CALIFORNIA                )
17  _____)

18

19         COMES NOW the defendant herein by his attorney DANIEL J.

20  BRODERICK, Chief Assistant Federal Defender, and presents and shows:

21  That there is now confined in Mule Creek State Prison, Ione,

22  California, one MICHAEL M. CORJASSO, III, #J-28910, in the custody

23  of the Warden thereof; that said prisoner is a necessary, material

24  and competent witness in the proceeding before the above-entitled

25  court at Sacramento, California, on September 14, 2005; and that in

26  order to secure the attendance of said prisoner, it is necessary

27  that a Writ of Habeas Corpus ad Testificandum be issued commanding

28  said Warden to produce said prisoner in said court, Courtroom #24,

Writ Habeas Corpus Ad Testificandum      1

1  8th Floor of the Federal Courthouse, 501 "I" Street, Sacramento,
2  California on September 14, 2005 at 9:00 a.m., in order that said
3  prisoner may respond to and answer such questions as may be
4  propounded to him during the course of the evidentiary hearing in
5  said case.
6        WHEREFORE, petitioner prays for an order directing the
7  issuance of a Writ of Habeas Corpus ad Testificandum, out of and
8  under the seal of this Court, commanding said Warden, to have and
9  produce said prisoner in said United States District Court on said
10 date, then and there to respond to and answer such questions as may
11 be propounded to him during the course of the evidentiary hearing in
12 the above-entitled case; and at the termination of said proceeding
13 to return him forthwith to said above-mentioned institution.
14 Dated:  August 2, 2005

                                 Respectfully submitted,

                                 QUIN DENVIR
                                 Federal Defender

                                 /s/ Daniel J. Broderick
                                 _____
                                 DANIEL J. BRODERICK
                                 Chief Assistant Federal Defender
                                 Attorney for Defendant
                                 MICHAEL M. CORJASSO, III

### **O R D E R**

Upon reading and filing the foregoing application in that behalf,

IT IS ORDERED THAT A Writ of Habeas Corpus ad Testificandum issue as prayed for herein.

DATED: 8/10/05

                                 /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 United States District Court

1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DANIEL J. BRODERICK, Bar #89424
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL M. CORJASSO, III

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 MICHAEL M. CORJASSO, III,     )  NO. CIV S 97-0018 GEB GGH-P
                                 )
12              Petitioner,      )
                                 )  **ORDER FOR WRIT OF HABEAS CORPUS**
13      v.                       )  **AD TESTIFICANDUM**
                                 )
14 ROBERT AYERS, JR., Warden,    )
                                 )  Date:  September 14, 2005
15              Respondent,      )  Time:  9:00 a.m.
                                 )  Judge: Gregory G. Hollows
16 ATTORNEY GENERAL OF THE STATE )
   OF CALIFORNIA                 )
17 _____ )

18       MICHAEL M. CORJASSO, III, inmate #J-28910, a necessary and
19 material witness in proceedings in the aforementioned case on
20 September 14, 2005, is confined in Mule Creek State Prison, Ione,
21 California, in the custody of the Warden; in order to secure this
22 inmate's attendance it is necessary that a Writ of Habeas Corpus ad
23 Testificandum issue commanding the custodian to produce the inmate
24 in Court, 8th Floor, Courtroom #24, United States Courthouse, 501 "I"
25 Street, Sacramento, California on September 14, 2005, at 9:00 a.m.
26       ACCORDINGLY, IT IS ORDERED that:
27       1.  A Writ of Habeas Corpus Ad Testificandum issue, under
28 the seal of this Court, commanding the Warden to produce the inmate

Writ Habeas Corpus Ad Testificandum    1

named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Mule Creek State Prison, Ione, California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:   THE WARDEN OF MULE CREEK STATE PRISON, IONE, CALIFORNIA:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: _____, 2005

                                        CLERK, UNITED STATES DISTRICT COURT
                                        Eastern District of California

                                        _____

corjasso.wrt