1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DANIEL J. BRODERICK, Bar #89424
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   MICHAEL M. CORJASSO, III



FILED

DEC - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. CORJASSO, III,<br><br>        Petitioner,<br><br>v.<br><br>ROBERT AYERS, JR., Warden,<br><br>        Respondent,<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>        Additional Respondent. | NO. CIV S 97-0018-GEB-GGH-P<br><br>UNOPPOSED REQUEST TO AMEND BRIEFING SCHEDULE; PROPOSED ORDER |

On October 4, 2005, this Court ordered Petitioner to file a post-hearing brief by November 23, 2005, and Respondent to file a responsive brief by December 16, 2005. On or about November 7, 2005, Petitioner's counsel received a copy of the transcript from the October, 2005, evidentiary hearing. Petitioner's counsel will be unable to complete the brief by the November 23 date. Petitioner, therefore, requests that the briefing schedule be amended as follows:

    Petitioner's brief to be filed by December 7, 2005; and

Respondent's brief to be filed by January 6, 2005. Petitioner's counsel has contacted Respondent's counsel and he has no objection to this request. A proposed order to this effect is attached.

Dated: November 16, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

_____
DANIEL J. BRODERICK
Assistant Federal Defender
Attorneys for Petitioner
MICHAEL M. CORJASSO

-----------------

ORDER

Pursuant to Petitioner's unopposed request to amend the briefing schedule in this case, and for the reasons stated therein, IT IS HEREBY ORDERED that the briefing schedule in this case is amended as follows:

Petitioner's brief to be filed by December 7, 2005; and

Respondent's brief to be filed by January 6, 2006.

Dated: ~~November~~ Dec 6, 2005

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge