IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL M. CORJASSO, III, | ) | NO. CIV S 97-0018-GEB-GGH-P |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER CONTINUING DATES TO FILE |
| v. | ) | OBJECTIONS TO MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND RECOMMENDATIONS |
| ROBERT AYERS, JR.,et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

    Pursuant to Petitioner's unopposed request for a continuance to file objections to the findings and recommendations filed in this case on May 24, 2007, IT IS HEREBY ORDERED that any party may file written objections with the court and serve a copy on all parties by July 3, 2007.  Any reply to the objections shall be served and filed within ten days after service of the objections.

Dated: 6/18/07                                  /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               United States Magistrate Judge

cor18.eot