IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. CORJASSO, III,

    Petitioner,                    2:97-cv-0018-GEB-GGH-P

    vs.

ROBERT AYERS, JR., et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 24, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 24, 2007, are adopted in full;

2. The remaining claims are denied, i.e., claims 2, 3 (to the extent it alleges ineffective assistance of appellate counsel based on appellate counsel's failure to raise claim 2), 4 and 5;

3. The petition is denied in its entirety; and

4. Judgment is hereby entered in favor of the respondents.

Dated: August 10, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge