1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL M. CORJASSO, III,

11              Petitioner,                    2:97-cv-0018-GEB-GGH-P

12         vs.

13    ROBERT AYERS, JR., et al.,

14              Respondents.                   ORDER

15    _____/

16            Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of

17    appeal of this court's August 13, 2007, denial of his application for a writ of habeas corpus.

18    Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C.

19    § 2253(c); Fed. R. App. P. 22(b).

20            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21    applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22    § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23    satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24            A certificate of appealability should be granted for any issue that petitioner can

25    demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26    court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

1    290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2            Petitioner has made a substantial showing of the denial of a constitutional right in

3    the following issues presented in the instant petition: 1) whether petitioner received ineffective

4    assistance of trial and appellate counsel; 2) whether the district court erred in denying petitioner's

5    request to stay this action in order to exhaust stand-alone claims relating to juror Geroux.

6            Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

7    issued in the present action.

8    Dated:  September 12, 2007

9

10                                        _____
                                         GARLAND E. BURRELL, JR.
11                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25        [1] Except for the requirement that appealable issues be specifically identified, the standard
     for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause.  <u>Jennings</u>, at 1010.

2